SCWC-16-0000528

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JAMES K. LIBERO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI‘I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000528; S.P.P. NO. 16-1-0005(2); CR. NO. 98-0697(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's application for writ

of certiorari, filed on June 28, 2017, is hereby rejected.

DATED:  Honolulu, Hawai‘i, August 10, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

